**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAMITA FULGHEN,

    Plaintiff,

v.                                                                                  Case No. 09-13895

UNITED STATES POSTMASTER           Honorable Patrick J. Duggan
GENERAL JOHN E. POTTER,

    Defendant.
    _____/

**OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 7, 2010.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

On October 2, 2009, Damita Fulghen ("Plaintiff") filed this action against United States Postmaster General John E. Potter ("Defendant"), alleging employment discrimination on the basis of religion in violation of Title VII, 42 U.S.C. §§ 2000e *et seq.*, and Michigan's Elliot-Larsen Civil Rights Act, Mich. Comp. Laws Ann §§ 37.2101 *et seq.* Specifically, the Complaint alleges that Defendant engaged in discrimination by having armed forces remove Plaintiff from her workplace.

On June 10, 2010, Plaintiff filed a motion to amend her Complaint. Plaintiff seeks to clarify her Complaint so that it states a claim that Defendant's discrimination resulted

in emotional distress and a hostile work environment. Defendant failed to respond to the motion. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that "the court should freely give leave when justice so requires." The Court is unaware of any reason to deny Plaintiff's motion. Therefore, having received no opposition, the Court grants the motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Amend is **GRANTED**.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copy to:
Damita Fulghen
18651 Marlowe
Detroit, MI 48235

Vanessa M. Mays, Esq.