UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 09-13895

DANITA J. FULGHEN,

-V-

JOHN E. POTTER

_____/

<u>ORDER DENYING MOTION TO CONSOLIDATE AND
MOTION TO MODIFY THE SCHEDULING ORDER</u>

Presently before the Court is Defendant's Motion to Consolidate and Motion to Modify the Scheduling Order.

The Court held a scheduling conference on related cases 10-11148 and 10-11150 on June 2, 2010, and discussed this motion with counsel for defendant and plaintiff. Therefore;

Defendant's Motion to Consolidate is DENIED without prejudice and Motion to Modify the Scheduling Order is DENIED.

<u>s/Patrick J. Duggan</u>
Patrick J. Duggan
United States District Judge

Dated: August 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 13, 2010, by electronic and/or ordinary mail.

<u>s/Marilyn Orem</u>
Case Manager