UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMITA FULGHEN,

    Plaintiff,

v.      Case No. 09-13895

JOHN E. POTTER, United States     Honorable Patrick J. Duggan
Postmaster General,

    Defendant.
_____/

## **JUDGMENT**

On October 2, 2009, Plaintiff filed an action alleging employment discrimination on the basis of religion, in violation of the Civil Rights Act of 1964. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED**.

Date: November 5, 2010      s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:

Vanessa Miree Mays

Damita Fulghen
18651 Marlowe
Detroit, MI 48235